JUDGE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-0339RAJ |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING TRIAL DATE |
| v. | ) | AND PRETRIAL MOTIONS |
| | ) | DEADLINE |
| WILLIAM MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

15
16
17
18
19

Based on the  motion to continue the trial date, and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, and its review of the record, the Court makes the following finds of fact and conclusions of law:

20      1.   Defendant is charged with 3 counts of Bank Robbery.

21      2.   The case is presently set for trial February 2, 2015, and pretrial motions were due on January 8, 2015. No prior continuances of the trial have been requested or granted.

22
23
24      3.   New counsel was appointed on January 16, 2015.

25
26

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

4.  The government has already produced over 800 pages of discovery that new counsel will need time to review.

5.  Counsel also needs adequate time to investigate and prepare both for pretrial motions and for trial and has represented that additional time beyond the February 2, 2015 trial date is needed.

6.  Government counsel have represented that they do not oppose the requested trial or pretrial motions continuance.

7.   Defense counsel has represented that he has consulted with his client who agrees to the proposed continuance and has executed speedy trial waiver.

8.  Pursuant to 18 USC § 3161 (h)(7)(B)(iv) the Court finds that the public's interest in a speedy trial is outweighed by the Court's interest in ensuring that Defendant's counsel has adequate and reasonable time to investigate and prepare, and that the February 2, 2015 trial date does not afford adequate time.  Absent a continuance, new defense counsel would not have adequate time to prepare to defend his client.

THEREFORE IT IS HEREBY ORDERED that the Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #24) is GRANTED. The trial date shall be continued from February 2, 2015, to June 22, 2015, at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than May 7, 2015.

///

///

///

///

///

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order through the new trial date of June 22, 2015, will be excluded for speedy trial purposes under 18 U.S.C. § 3161 (h)(1)(A) and (h)(7)(A).

Dated this 20th day of January, 2015.

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 3